**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND AND SOUTHEASTERN MASSACHUSETTS CHAPTER OF THE NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION | : | |
| v. | : | C.A. No.: 08-67S |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION NO. 99 | : | |

**STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT**

The parties hereby stipulate that the deadline for Defendant to answer or otherwise respond to the Complaint shall be extended to April 3, 2008.

Plaintiff,
By its attorneys,

/s/ Girard R. Visconti__________
Girard R. Visconti, Esq. (#0566)
VISCONTI & BOREN LTD.
55 Dorrance Street
Providence, RI 02903
(401) 331-3800 (telephone)
(401) 421-9302 (facsimile)

Defendant,
By its attorneys,

/s/ Ryan C. Hurley____________
Ryan C. Hurley, Esq. (#7539)
Marc B. Gursky, Esq. (#2818)
GURSKY LAW ASSOCIATES
420 Scrabbletown Road, Ste. C
North Kingstown, RI 02852
(401) 294-4700 (telephone)
(401) 294-4702 (facsimile)

**CERTIFICATION**

I hereby certify that I electronically filed the within Stipulation on March 19, 2008. The Stipulation is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the individuals below has been effectuated by electronic means.

Girard R. Visconti, Esq.
David L. Fine, Esq.
VISCONTI & BOREN LTD.
55 Dorrance Street
Providence, RI 02903

/s/ Ryan C. Hurley________