**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**RHODE ISLAND AND SOUTHEASTERN MASSACHUSETTS CHAPTER OF THE NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION**

**v.** **C.A. No.:08-67S**

**INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION NO. 99**

## ANSWER TO COUNTERCLAIM

The first un-enumerated paragraph in the Counterclaim of the defendant/counterclaim plaintiff, the International Brotherhood of Electrical Workers Local 99 ("Local 99") does not contain particular, actual allegations and therefore no response is required to the Federal Rules of Civil Procedure. To the extent the first un-enumerated paragraph contains factual allegations, said allegations are denied.

## JURISDICTION

1. Admitted.

## STATEMENT OF FACTS

2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Admitted in part. The complaint was also filed pursuant to 9 U.S.C. §9.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

## VIOLATION OF RHODE ISLAND ANTI TRUST LAW

15. Denied.

**WHEREFORE,** the plaintiff/counterclaim defendant, Rhode Island and Southeastern Massachusetts Chapter of the National Electrical Contractors Association ("NECA"), requests that this Honorable Court dismiss the counterclaim of Local 99 with prejudice and award reasonable costs and reasonable attorney's fees incurred in defending said claim, along with whatever other damages this Honorable Court deems fit and just.

Further, NECA affirmatively pleads as follows:

## AFFIRMATIVE DEFENSE NO. 1

The defendant/counterclaim plaintiff has unclean hands.

## AFFIRMATIVE DEFENSE NO. 2

The defendant/counterclaim plaintiff has waived its ability to raise any of the allegations set forth in its counterclaim.

**AFFIRMATIVE DEFENSE NO. 3**

The counterclaim fails to state a cause of action upon which relief can be granted.

**AFFIRMATIVE DEFENSE NO. 4**

The allegations and claims made in the counterclaim should be dismissed pursuant to R.I.G.L. §6-36-8 and 15 U.S.C. §17 as the underlying subject matter is exempted from the applicable antitrust laws.

**AFFIRMATIVE DEFENSE NO. 5**

The plaintiff/counterclaim defendant affirmatively pleads the doctrine of latches.

**AFFIRMATIVE DEFENSE NO. 6**

The plaintiff/counterclaim defendant affirmatively pleads the doctrine of estoppel.

**AFFIRMATIVE DEFENSE NO. 7**

The counterclaim should be dismissed because the applicable statutes of limitation have run.

Plaintiff,
By Its Attorneys,

/s Girard R. Visconti

Girard R. Visconti, Esquire (#0566)
David L. Fine, Esquire (#7368)
VISCONTI & BOREN, LTD.
55 Dorrance Street
Providence, Rhode Island 02903
(401) 331-3800 (telephone)
(401) 421-9302 (facsimile)

**CERTIFICATION**

I hereby certify that I electronically filed the within on the 21st day of April, 2008. The foregoing is available for viewing and downloading from the Court's Electronic Case Filing System. Service on the individuals below has been effectuated by electronic means.

Marc B. Gursky, Esquire
Elizabeth A. Wiens, Esquire
GURSKY LAW ASSOCIATES
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852

/s David L. Fine, Esq.