**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**RHODE ISLAND AND SOUTHEASTERN MASSACHUSETTS CHAPTER OF THE NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION**

**v.** **C.A. No. 08-67S**

**INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION No. 99**

**ENTRY OF APPEARANCE**

I, David L. Fine, hereby enter my appearance for the plaintiff, Rhode Island and Southeast Massachusetts Chapter of the National Electrical Contractors Association ("NECA").

Plaintiff,
RHODE ISLAND AND SOUTHEASTERN MASSACHUSETTS CHAPTER OF THE NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION,
By Its Attorneys,

/s/ David L. Fine
Girard R. Visconti, Esq. (#0566)
David L. Fine, Esq. (#7368)
VISCONTI & BOREN LTD.
55 Dorrance Street
Providence, RI 02903
(401) 331-3800 (Telephone)
(401) 421-9302 (Facsimile)

**CERTIFICATION**

I hereby certify that I electronically filed the within on the 2nd day of June, 2008. The foregoing is available for viewing and downloading from the Court's Electronic Case Filing System. Service on the individuals below has been effectuated by electronic means.

Marc B. Gursky, Esq.
Elizabeth A. Wiens, Esq.
GURSKY LAW ASSOCIATES
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852

/s/ David L. Fine, Esq.