**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**RHODE ISLAND AND SOUTHEASTERN MASSACHUSETTS CHAPTER OF THE NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION**

**v.** **C.A. No. 08-67S**

**INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION No. 99**

**PLAINTIFF'S MOTION TO ENLARGE TIME**

Now comes the plaintiff in the above captioned matter and hereby moves the Court to enlarge the time in which it may file a motion for summary judgment. As grounds therefore, plaintiff states as follows:

1. The parties held a status conference before The Honorable Justice Smith on June 12, 2008. Following that conference, Judge Smith entered a Text Order mandating that the plaintiff shall file any motion for summary judgment by August 14, 2008. Judge Smith further mandated that defendant's response to plaintiff's motion for summary judgment be filed by August 31, 2008.

2. On July 30, 2008, the parties held a settlement conference before Judge Smith in order to resolve the within action, as well as other related civil actions currently pending in the United States District Court for the District of Rhode Island. As a result of the July 30, 2008 settlement conference, the parties have reached a tentative settlement agreement and are currently in the process of drafting an instrument memorializing their agreement.

3. Therefore, plaintiff files the within motion seeking enlargement of time of thirty

(30) days or up to and including September 14, 2008 in which it may file a motion for summary judgment.

WHEREFORE, plaintiff seeks an order from this Honorable Court enlarging the time in which it may file a motion for summary judgment in the within action up to and including September 14, 2008.

Respectfully submitted,
Plaintiffs,
By their Attorneys,

/s/ David L. Fine
Girard R. Visconti, Esq. (#0566)
David L. Fine, Esq. (#7368)
Visconti & Boren Ltd.
55 Dorrance Street
Providence, RI 02903
Phone: 401/331-3800
Facsimile: 401/421-9302
grv@viscontilaw.com
dlf@viscontilaw.com

**CERTIFICATION OF SERVICE**

The undersigned hereby certifies that this document has been filed electronically on this 5th day of August, 2008 and is available for viewing and downloading to the ECF registered counsel of record:

**Via Electronic Service/ECF:**

Marc B. Gursky, Esq.
Elizabeth A. Wiens, Esq.
Gursky Law Associates
Scrabbletown Office Park
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852

/s/ David L. Fine