**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**RHODE ISLAND AND SOUTHEASTERN MASSACHUSETTS CHAPTER OF THE NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION**

**v.** **C.A. No. 08-67S**

**INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION No. 99**

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES the plaintiff in the above-captioned matter, the Rhode Island and Southeastern Massachusetts Chapter of the National Electrical Contractors Association ("NECA") and hereby moves for summary judgment against the defendant, the International Brotherhood of Electrical Workers, Local Union No. 99 ("Local 99"). In support thereof, NECA refers the Court to the attached memorandum of law and exhibits.

Respectfully submitted,

Plaintiffs,
By Its Attorneys,

/s/ David L. Fine

Girard R. Visconti, Esq. (#0566)
David L. Fine, Esq. (#7368)
Visconti & Boren Ltd.
55 Dorrance Street
Providence, RI 02903
Phone: 401/331-3800
Facsimile: 401/421-9302
grv@viscontilaw.com
dlf@viscontilaw.com

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that this document has been filed electronically on this 15th day of September, 2008 and is available for viewing and downloading to the ECF registered counsel of record:

**Via Electronic Service/ECF:**

Marc B. Gursky, Esq.
Elizabeth A. Wiens, Esq.
Gursky Law Associates
Scrabbletown Office Park
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852

/s/ David L. Fine