EXHIBIT A

during regular working hours, and suitable financial status to meet payroll requirements.

Section 2.05. All contractors under this Agreement and contractors coming into the jurisdiction of Local Union No. 99 shall post a payroll bond to cover the employees wages and payments to the Apprenticeship Training Fund, payments to the Health and Welfare Fund, payments to the National Electrical Benefit Fund, payments to Local Union No. 99's Pension Fund, payments to Local Union No. 99's Annuity Fund, payments to Local Union No. 99's Working Assessment Fund, payments to Local Union No. 99's Political Action Committee Fund, payments to the Local Unions No. 99's Scholarship Fund, payments to the RILMCC Trust Fund.

Contractors coming into the jurisdiction of Local Union 99 and/or contractors who are frequently and habitually delinquent with payments may be required at the discretion of the R.I. L.M.C.C, Inc, post the highest allowable bond. The bond shall provide that it may not be terminated without thirty (30) days prior written notice to the Local Union.

| | |
|---|---|
| 1 to 10 Employees | $20,000.00 |
| 11 to 20 Employees | $34,000.00 |
| 21 to 30 Employees | $50,000.00 |
| 31 to 40 Employees | $67,000.00 |
| 41 to 50 Employees | $84,000.00 |

Section 2.06. For all employees covered by this Agreement the Employer shall carry Workman's Compensation Insurance with a Company authorized to do business in the State covered by the Jurisdictional Area of Local Union No. 99, Social Security and such other protective insurance as may be required by the laws of those States, and shall furnish satisfactory proof of such to the Union. He shall also make contributions to the Unemployment Compensation Commission in whichever State the work is performed.

Section 2.07. The Union reserves the right to discipline its members for violation of its laws, rules and agreements.

Section 2.08. This Agreement does not deny the right of the Union or its representatives to render assistance to other labor organizations by the removal of its members from jobs when necessary and when the Union or its proper representative decide to do so, but no removal shall take place until notice is first given to the Employer involved.

Section 2.08 (a). When such a removal takes place, the

Section 6.05. Individual Employers who fail to remit as provided in Sections 6.02 and 6.03 shall be additionally subject to having this Agreement terminated upon seventy-two (72) hours notice, in writing, being served by the Union, provided the individual Employer fails to show satisfactory proof that the required payments have been made.

Section 6.06. The failure of an individual Employer to comply with the provisions of Sections 6.01, 6.02 and 6.03 shall also constitute a breach of this Labor Agreement. As a remedy for such a violation, the Labor-Management Committee and/or the Council on Industrial Relations for the Electrical Contracting Industry, as the case may be, are empowered, at the request of the Union, to require an Employer to pay into the affected Joint Trust Funds established under this Agreement any delinquent contributions to such funds which have resulted from the violation.

Section 6.06(a). If, as a result of violations of this Section, it is necessary for the Union and/or the Trustees of the Joint Trust Funds to institute court action to enforce an award rendered in accordance with sub-section (a) above, or to defend an action which seeks to vacate such award, the Employer shall pay any accountants and attorneys fees incurred by the Union and/or fund Trustees, plus cost of the litigation, which have resulted from the bringing of such court action.

* Section 6.06(b). All contractors under this Agreement and contractors coming into the jurisdiction of Local Union No. 99 shall post a payroll bond to cover the employees wages, payments to the National Electrical Benefit Fund, Apprenticeship Training Fund, Health and Welfare Fund, Local Union No. 99's Pension Fund, Scholarship Fund, Reality Fund, LMCC, PAC, and payment of the Working Dues, on the following graduated scale:

| | |
|---|---|
| 1 to 10 Employees | $20,000.00 |
| 11 to 20 Employees | $34,000.00 |
| 21 to 30 Employees | $50,000.00 |
| 31 to 40 Employees | $67,000.00 |
| 41 to 50 Employees | $84,000.00 |

Contractors coming into the jurisdiction of Local Union 99 and/or contractors who are frequently and habitually delinquent with payments may be required at the discretion of

The RILMCC, Inc. post the highest allowable bond. The bond shall provide that it may not be terminated without thirty (30) days prior written notice to The Local Union.

Section 6.06(c). Effective September 1, 2000. it is agreed that in the event that an employer is delinquent in payments to the Local Union No. 99 IBEW Health and Welfare Plan, the Local Union 99's Pension Trust Fund, the Local Union 99's IBEW JATC Trust Fund, the National Electrical Benefit Fund, the IBEW Local 99's designated Assessment Due described in Article XI of the IBEW Local 99 By-Laws for a period of fifteen (15) days, said employer shall be required to submit payments and appropriate forms on a weekly basis to the designated depository.

## ARTICLE VII

### NATIONAL ELECTRIC INDUSTRY FUND (NEIF)

Section 7.01. Each individual Employer shall contribute an amount not to exceed one percent (1%) nor less than .2 of 1% of the productive electrical payroll as determined by each local Chapter and approved by the Trustees, with the following exclusions:

1) Twenty-five percent (25%) of all productive electrical payroll in excess of 75,000 man-hours paid for electrical work in any one Chapter area during any one calendar year but not exceeding 150,000 man hours.

2) One Hundred percent (100%) of all productive electrical payroll in excess of 150,000 man- hours paid for electrical work in any one Chapter area during any one calendar year.

(Productive electrical payroll is defined as the total wages including overtime paid with respect to all hours worked by all classes of electrical labor for which a rate is established in the prevailing labor area where the business is transacted.)

Payment shall be forwarded monthly to the National Electrical Industry Fund in a form and manner prescribed by the Trustees no later than fifteen (15) calendar days following the last day of the month in which the labor was performed. Failure to do so will be considered a breach of this Agreement on the part of the individual Employer.

**APPENDIX "F"**

BONDING (EFFECTIVE JUNE 1, 2007)

Individual Employers who fail to remit as provided in Article VI Section 6.14 and Article VII Section 7.01, 7.03 (d), 7.03 (e) and 7.03 (f) shall be additionally subject to having this Agreement terminated upon seventy-two (72) hours notice, in writing, being served by the Union, provided the individual Employer fails to show satisfactory proof that the required payments have been made.

The failure of an individual Employer to comply with the provisions of Sections 6.14, 7.03 (c), 7.03 (d), 7.03 (e), and 7.03 (f) shall also constitute a breach of this Labor Agreement. As a remedy for such a violation, the Labor-Management Committee and/or the Council on Industrial Relations for the Electrical Contracting Industry, as the case may be, are empowered, at the request of the Union, to require an Employer to pay into the affected Joint Trust Funds established under this Agreement any delinquent contributions to such funds which have resulted from the violation.

If, as a result of violations of this Section, it is necessary for the Union and/or the Trustees of the Joint Trust Funds to institute court action to enforce an award rendered in accordance with sub-section (a) above, or to defend an action which seeks to vacate such award, the Employer shall pay any accountants and attorneys fees incurred by the Union and/or fund Trustees, plus cost of the litigation, which have resulted from the bringing of such court action.

All contractors under this Agreement and contractors coming into the jurisdiction of Local Union No. 99 shall post a payroll bond to cover the employees wages, payments to the National Electrical Benefit Fund, Apprenticeship Training Fund, Health and Welfare Fund, Local Union No. 99's Pension Fund, Scholarship Fund, Reality Fund, LMCC, PAC, and payment of the Working Dues, on the following graduated scale:

| | |
|---|---|
| 1 to 10 Employees | $20,000.00 |
| 11 to 20 Employees | $34,000.00 |
| 21 to 30 Employees | $50,000.00 |
| 31 to 40 Employees | $67,000.00 |
| 41 to 50 Employees | $84,000.00 |

Contractors coming into the jurisdiction of Local Union 99 and/or contractors who are frequently and habitually delinquent with payments may be required at the discretion of The RILMCC, Inc, post the highest allowable bond. The bond shall provide that it may not be terminated without thirty (30) days prior written notice to The Local Union.

Effective June 1, 2007, it is agreed that in the event that an employer is delinquent in payments to the Local Union No. 99 IBEW Health and Welfare Plan, the Local Union 99's Pension Trust Fund, the Local Union 99's IBEW JATC Trust Fund, the National Electrical Benefit Fund, the IBEW Local 99's designated Assessment Due described in Article XI of the IBEW Local 99 By-Laws for a period of fifteen (15) days, said employer shall be required to submit payments and appropriate forms on a weekly basis to the designated depository.