EXHIBIT B

# Council on Industrial Relations for the Electrical Contracting Industry

DECISION NO. 7893
Providence, Rhode Island
May 15, 2007
Inside

PARTIES IN DISPUTE:
Rhode Island and Southeastern Massachusetts Chapter, NECA
Local Union No. 99, IBEW

PRESENTATION:
By brief and oral argument for the Employer
By oral argument for the Union

APPEARANCES:
For Rhode Island and Southeastern Massachusetts: T. Chabot, J. McGee
For Local Union No. 99, IBEW: R. Leddy, A. Durand, P. Brady

MATTERS IN DISPUTE:

1. Alleged refusal of the Local Union to supply names of current assented contractors to the Chapter.
2. Alleged refusal of the Local Union to supply copies of all payroll and fringe benefit bonds to the Chapter.
3. Alleged Local Union direction to a contractor to lay off out of jursidiction apprentices before laying off Book One journeymen, usurping role of JATC.

MEMBERS OF COUNCIL SITTING:

| FOR THE EMPLOYER | FOR THE UNION |
|---|---|
| J. Stouffer | M. Mowrey |
| G. Bowman | J. Burgham |
| R. Ferry | J. Easton |
| R. Gibson | K. Groenendaal |
| S. King | D. Jones |
| B. Roberts | T. Ryder |

DECISION:
After careful consideration of the evidence submitted, the Council rules as follows:

1-3. In the instant case, the Local Union is instructed to comply with all provisions of Article II, Section 2.05 in requiring all contractors to provide bonds.

The Local Union is instructed to provide a list of all contractors currently signatory to an Inside agreement with the Local and a copy of the contractors' bonds to the Chapter. Whenever the Local signs a new contractor to an agreement, it shall provide a copy of the letter of assent and a copy of the contractor's bond to the Chapter within 48 hours.

The parties are instructed that the assignment, transfer and recall of traveling apprentices are subject to the rules and standards of the NJATC and the affected local JATCs. The apprentice remains under the sole authority of his or her home JATC.

DECISION NO. 7893

COUNCIL ON INDUSTRIAL RELATIONS
FOR THE ELECTRICAL CONTRACTING INDUSTRY

UNANIMOUSLY ADOPTED:
Washington, D.C.
May 15, 2007

Acting Co-Chairman

Acting Co-Chairman

Secretary

**Council on Industrial Relations**

**for the**

**Electrical Contracting Industry**

DECISION NO. 7894
Providence, Rhode Island
May 15, 2007
Residential

PARTIES IN DISPUTE:
Rhode Island and Southeastern Massachusetts Chapter, NECA
Local Union No. 99, IBEW

PRESENTATION:
By brief and oral argument for the Employer
By oral argument for the Union

APPEARANCES:
For Rhode Island and Southeastern Massachusetts: T. Chabot, J. McGee
For Local Union No. 99, IBEW: R. Leddy, A. Durand, P. Brady

MATTERS IN DISPUTE:
1. Alleged refusal of the Local Union to supply names of current assented contractors to the Chapter.
2. Alleged refusal of the Local Union to supply copies of all payroll and fringe benefit bonds to the Chapter.

MEMBERS OF COUNCIL SITTING:

| FOR THE EMPLOYER | FOR THE UNION |
|---|---|
| J. Stouffer | M. Mowrey |
| G. Bowman | J. Burgham |
| R. Ferry | J. Easton |
| R. Gibson | K. Groenendaal |
| S. King | D. Jones |
| B. Roberts | T. Ryder |

DECISION:
After careful consideration of the evidence submitted, the Council rules as follows:

1. – 2. In the instant case, the Local Union is instructed to comply with all provisions of Article VI, Section 6.06(b) in requiring all contractors to provide bonds.

The Local union is instructed to provide a list of all contractors currently signatory to a Residential agreement with the Local and a copy of the contractors' bonds to the Chapter. Whenever the local signs a new contractor to an agreement, it shall provide a copy of the letter of assent and a copy of the contractor's bond to the Chapter within 48 hours.

# Council on Industrial Relations for the Electrical Contracting Industry

DECISION NO. 7895
Providence, Rhode Island
May 15, 2007
Teledata

PARTIES IN DISPUTE:
Rhode Island and Southeastern Massachusetts Chapter, NECA
Local Union No. 99, IBEW

PRESENTATION:
By brief and oral argument for the Employer
By oral argument for the Union

APPEARANCES:
For Rhode Island and Southeastern Massachusetts: T. Chabot, J. McGee
For Local Union No. 99, IBEW: R. Leddy, A. Durand, P. Brady

MATTERS IN DISPUTE:
1. Alleged refusal of the Local Union to supply names of current assented contractors to the Chapter.
2. Alleged refusal of the Local Union to supply copies of all payroll and fringe benefit bonds to the Chapter.

MEMBERS OF COUNCIL SITTING:

| FOR THE EMPLOYER | FOR THE UNION |
|---|---|
| J. Stouffer | M. Mowrey |
| G. Bowman | J. Burgham |
| R. Ferry | J. Easton |
| R. Gibson | K. Groenendaal |
| S. King | D. Jones |
| B. Roberts | T. Ryder |

DECISION:
After careful consideration of the evidence submitted, the Council rules as follows:

1. – 2. In the instant case, the Local Union is instructed to comply with all provisions of Article VII, Appendix F, in requiring all contractors to provide bonds.

The Local union is instructed to provide a list of all contractors currently signatory to a Teledata agreement with the Local and a copy of the contractors' bonds to the Chapter. Whenever the local signs a new contractor to an agreement, it shall provide a copy of the letter of assent and a copy of the contractor's bond to the Chapter within 48 hours.

DECISION NO. 7895

COUNCIL ON INDUSTRIAL RELATIONS
FOR THE ELECTRICAL CONTRACTING INDUSTRY

UNANIMOUSLY ADOPTED:
Washington, D.C.
May 15, 2007

Acting Co-Chairman

Acting Co-Chairman

Secretary