EXHIBIT C

*INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 99*

*22 Amflex Drive*
*Cranston, RI 02921*
*(401) 946-9900*
*(888) ORGANIZE*
*(401) 946-9907 fax*
*WWW.IBEW99.ORG*

***ALLEN P. DURAND***
*BUSINESS MANAGER*

***JOHN P. SHALVEY***
*PRESIDENT*

March 7, 2008

To all Employees of Professional Electric:

We at IBEW Local Union 99 can understand why you feel unsure about your current employment. We also feel for each and every one of you that were involved in the Consolidated Electric disaster.

**MAKE NO MISTAKE ABOUT YOUR CURRENT EMPLOYMENT. WITHOUT A CONTRACT IT CAN HAPPEN AGAIN!**

Had you been a member of our organization, your benefits would be fully protected by an "Employer Benefit Bond".

No break of medical coverage.
No loss of retirement benefits.
No loss of any benefit provided for in the agreement.

Local 99 requires each and every contractor to carry a benefit bond, the amount of which is determined by the size of the contractor's payroll. In the case of Consolidated Electric, it would be based on about 250 employees.

Let me briefly explain what would have transpired had you been a member of Local 99 and working for one of our contractors.

You would be required to report to the union hall and receive an explanation of the events that transpired with your employer. You would also have the opportunity of signing the "out of work list". Doing so would guarantee your health benefits to continue without interruption.

Now the big question, "What about my job"? In most cases, another IBEW Signatory Contractor would be asked to step in and take over.

Members of Local 99 have two Pensions and an Annuity paid for by our signatory contractors for every hour you work.

**INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 99**

22 Amflex Drive
Cranston, RI 02921
(401) 946-9900
(888) ORGANIZE
(401) 946-9907 fax
WWW.IBEW99.ORG

**ALLEN P. DURAND**
BUSINESS MANAGER

**JOHN P. SHALVEY**
PRESIDENT

When contractors become delinquent in these payments to any fund every member working for that contractor is notified of that delinquency by mail. Subsequently, if that contractor remains delinquent, his benefit bond will be "called" and unmade payments to the members accounts will be made from the proceeds of the bond.

Keep in mind, our contractors MUST send to the Local Union business office payroll reports by the 15th of each month for the previous months benefits owed. When a contractor begins to show signs of a delinquency, I, as your Business Manager, would be on the phone directly with the owner or accounting department to remedy the problem. Again, every employee would be notified.

What I have explained to you is fact, but only addresses the safeguards we have in place to deal with this type of problem. I would like to sit with one, some or all of you to tell you of the advantages of being a member of IBEW Local Union 99. We hope for your sake you have a lawsuit pending in regard to monies in any 401k's you may have accumulated.

As long as you work for open shop contractors, you are working without a safety net. Without lifting a finger, we have proven once again, Organized Labor is the only way to go.

Sincerely,

Allen P. Durand
Business Manager/Financial Secretary

John P. Shalvey
Organizer

**For more information on Organizing into the IBEW Local 99 call (401)946-9900 ext. 5, (401)413-7023, or email to jshalvey@ibew99.org**

**INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 99**

22 Amflex Drive
Cranston, RI 02921
(401) 946-9900
(888) ORGANIZE
(401) 946-9907 fax
WWW.IBEW99.ORG

**ALLEN P. DURAND**
BUSINESS MANAGER

**JOHN P. SHALVEY**
PRESIDENT

March 19, 2008

Dear Professional Electric Worker,

As a potential union member, you should consider some facts which relate to your personal situation today.

1. Today you are considered an at-will Employee. Your boss at Professional can do whatever he wants with regards to your rate of pay, the outline of your health benefits and the terms of what goes into retirement pensions. In short, at all times he holds all the cards because you don't work under a Union Contract. Unions have contracts to protect employees.

2. More than likely, the inner circle of Professional Electric's workers (foreman & lead men) are compensated better than most because they will take the proverbial bullet for the boss and help suppress those that look to change through organizing. What I say is this, those inner circle management workers are being taken advantage of just like you and someday, when they're in their mid to late 40's, they too will say to themselves, how will I afford to retire someday?

3. Unfortunately, obstacles like this makes it tough to trust any co-workers for fear of reprisal with the loss of your job. The fact is, only together can you, the rank and file, change to become a member of the International Brotherhood of Electrical Workers. Don't forget, you are the biggest portion of workers that make Professional Electric successful. Professional Electric is powerless without its core of workers.

4. The bigger picture is that your boss, Mr. Bisson, charges for your skills like all other electrical Contractors. The only difference is that he reaps all of the monies that don't go into responsible real benefits for his men and women that get it done everyday. Hogs get fat, pigs get slaughtered.

Consider this for a minute, you gather together with those in the same boat as you, who are sick and tired of worrying about how insolvent Professional Electric really is. You, along with other rank

**INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 99**

*22 Amflex Drive*
*Cranston, RI 02921*
*(401) 946-9900*
*(888) ORGANIZE*
*(401) 946-9907 fax*
*WWW.IBEW99.ORG*

***ALLEN P. DURAND***
*BUSINESS MANAGER*

***JOHN P. SHALVEY***
*PRESIDENT*

and file workers, muster up enough Representation Cards and begin the process with the IBEW to hold a Union Election. Your right to organize is no business of Mr. Bisson. Your signing of a Representation Card is never compromised to anyone other than the National Labor Relations Board. Neither I, nor the NLRB, will ever divulge those that sign cards.

To become Union Electricians, you would need to stick together and not allow those in management who try to divide and conquer you. We in the IBEW Local 99 are ready to stand behind you and protect your rights under the National Labor Relations Act. We will aggressively punish anyone who violates your right to free speech and organizing with our legal council. We consider your right to organize as credible and will not allow anyone to compromise it. It is imperative that you keep me informed when your rights to organize are violated. Again allow the IBEW Local 99 to fight on your behalf and stop any unfair labor practices.

I hope the memory of Consolidated Electric is still fresh in your mind. Professional Electric is no different. They too can go belly up leaving you to fend for yourselves and pick up the pieces in your career as an Electrician.

IBEW Local 99 Contractors are required to provide benefit bonds which protect payroll as well as all of the benefits to our membership.

You can contact me confidentially at anytime.

Sincerely,

Organizer John P. Shalvey
22 Amflex Drive
Cranston, Rhode Island 02921

(401) 946-9900, Ext 5
(401) 413-7023, Cell
Or jshalvey@ibew99.org